**Devon DORSEY, Plaintiff—Appellant,**

v.

**Ronald BOURNE, Deputy, Defendant—Appellee.**

No. 07–7749.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2008.

Decided: March 13, 2008.

Devon Dorsey, Appellant Pro Se.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

**PER CURIAM:**

Devon Dorsey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dorsey v. Bourne,* No. 1:07–cv–00838–LMB–TCB (E.D. Va. filed Oct. 22, 2007; entered Oct. 26, 2007). We also deny the motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*